| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Agresti, Thomas P. | 2. Court or Organization Bankruptcy Court, Western PA. | 3. Date of Report 12/05/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse, Rm. B250
17 South Park Row
Erie, PA. 16501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 12/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. -Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 3. -John Hancock Life Ins. (Variable & Fixed Annuity: See Part VIII) | A | Dividend | M | T | | | | | |
| 4. -Pacific Life Annuity (Variable Annuity: See Part VIII) | A | Dividend | K | T | | | | | |
| 5. -Hartford Director Annuity (Variable Annuity: See Part VIII) | A | Int./Div. | M | T | | | | | |
| 6. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. Wells Fargo DSIP Mngt. Acct. (See attached PDF) | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. IRA #2 | | | | | | | | | |
| 13. -General Electric (GE) | B | Dividend | K | T | | | | | |
| 14. -Microsoft (MSFT) | B | Dividend | K | T | | | | | |
| 15. -Pacific Life Annuity (Variable Annuity: See Part VIII) | A | Dividend | M | T | | | | | |
| 16. -WHV International Equity Fund Cl A | A | Dividend | K | T | | | | | |
| 17. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| A. Description of Assets Wells Fargo DSIP Mngt Acct (Line 9) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| ABBOT LABORATORIES (ABT) | A | Div. | J | T | | | | | |
| AFLAC INC (AFL) | A | Div. | J | T | | | | | |
| AIR PRODUCTS & CHEMICALS INC (APD) | A | Div. | J | T | | | | | |
| AMGEN INC (AMGN) | A | Div. | J | T | | | | | |
| ANALOG DEVICES INC (ADI) | A | Div. | J | T | | | | | |
| AT&T INC (T) | A | Div. | J | T | | | | | |
| AUTOMATIC DATA PROCESSING (ADP) | A | Div. | J | T | | | | | |
| BECTON DICKINSON & CO (BDX) | A | Div. | J | T | | | | | |
| BLACKROCK INC (BLK) | A | Div. | J | T | | | | | |
| CHEVRON CORPORATION (CVX) | A | Div. | J | T | | | | | |
| CHUBB CORP (CB) | A | Div. | J | T | | | | | |
| CLOROX COMPANY (CLX) | A | Div. | J | T | | | | | |
| COLGATE-PALMOLIVE CO (CL) | A | Div. | J | T | | | | | |
| CONOCOPHILLIPS (COP) | A | Div. | J | T | SELL | 8/16/2016 | J | A | |
| EATON VANCE CORP NON VTG (EV) | A | Div. | J | T | | | | | |
| EMERSON ELECTRIC CO (EMR) | A | Div. | J | T | | | | | |
| EVERSOURCE ENERGY (ES) | A | Div. | J | T | | | | | |
| EXXON MOBILE CORP (XOM) | A | Div. | J | T | | | | | |
| FACTSET RESEARCH SYSTEMS INC (FDS) | A | Div. | J | T | | | | | |
| GENERAL MILLS INC (GIS) | A | Div. | J | T | | | | | |
| GENL DYNAMICS CORP COM (GD) | A | Div. | J | T | | | | | |
| GRAINGER W W INC (GWW) | A | Div. | J | T | | | | | |
| HARRIS CORP DEL (HRS) | A | Div. | J | T | | | | | |
| ILLINOIS TOOL WORKS INC (ITW) | A | Div. | J | T | | | | | |
| INTERNATIONAL BUSINESS MACHINE CORP (IBM) | A | Div. | J | T | | | | | |
| J M SMUCKER CO (SJM) | A | Div. | J | T | | | | | |
| JOHNSON & JOHNSON (JNJ) | A | Div. | J | T | | | | | |
| KELLOGG COMPANY (K) | A | Div. | J | T | | | | | |
| LOWES COMPANIES INC (LOW) | A | Div. | J | T | | | | | |
| MCDONALDS CORP (MCD) | A | Div. | J | T | | | | | |

| A. Description of Assets Wells Fargo DSIP Mngt Acct (Line 9) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| MEDTRONIC PLC (MDT) | A | Div. | J | T | | | | | |
| MICROSOFT CORP (MSFT) | A | Div. | J | T | | | | | |
| NEXTERA ENERGY INC (NEE) | A | Div. | J | T | | | | | |
| NORDSTROM INC (JWN) | A | Div. | J | T | SELL | 8/16/2016 | J | A | |
| NORFOLK SOUTHERN CORP (NSC) | A | Div. | J | T | | | | | |
| NOVARTIS AG SPON ADR (NVS) | A | Div. | J | T | | | | | |
| PAYCHEX INC (PAYX) | A | Div. | J | T | | | | | |
| PEPSICO INCORPORATED (PEP) | A | Div. | J | T | | | | | |
| PHILLIPS 66 (PSX) | A | Div. | J | T | | | | | |
| POLARIS INDS INC (PII) | A | Div. | J | T | | | | | |
| PRAXAIR INC (PX) | A | Div. | J | T | | | | | |
| PROCTER & GAMBLE CO (PG) | A | Div. | J | T | | | | | |
| QUALCOMM INC (QCOM) | A | Div. | J | T | | | | | |
| SCANA CORP COM (SCG) | A | Div. | J | T | | | | | |
| SOUTHERN COMPANY/ THE (SO) | A | Div. | J | T | | | | | |
| SYSCO CORPORATION (SYY) | A | Div. | J | T | | | | | |
| TARGET CORP (TGT) | A | Div. | J | T | | | | | |
| UNITED TECHNOLOGIES CORP (UTX) | A | Div. | J | T | | | | | |
| V F CORPORATION (VFC) | A | Div. | J | T | | | | | |
| WAL-MART STORES INC (WMT) | A | Div. | J | T | | | | | |
| WEC ENERGY GROUP INC (WEC) | A | Div. | J | T | | | | | |
| 3M CO (MMM) | A | Div. | J | T | | | | | |
| Wells Fargo Advisors FNA Dep. Sweep Opt. (CASH) | A | Int. | J | T | | | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | | |
| 19. | IRA #3 | | | | | | | | | |
| 20. | -UBS Tactical Alloc Fd (PWTAX) fka FT-Franklin Inc. A | A | Dividend | J | T | | | | | |
| 21. | -General Electric (GE) | A | Dividend | J | T | | | | | |
| 22. | -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 23. | | | | | | | | | | |
| 24. | IRA #4 | | | | | | | | | |
| 25. | Wells Fargo Advisors Managed Acct. (See Attached PDF) | | | | | | | | | |
| 26. | | | | | | | | | | |
| 27. | | | | | | | | | | |
| 28. | IRA #5 | | | | | | | | | |
| 29. | Wells Fargo Advisors Managed (Moran) Acct. (See Attached PDF) | | | | | | | | | |
| 30. | | | | | | | | | | |
| 31. | | | | | | | | | | |
| 32. | PNC Bank Accounts | A | Interest | M | T | | | | | |
| 33. | PNC Money Mngt Acct. (See Attached PDF) | | | | | | | | | |
| 34. | Citizens Bank Accounts | D | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| A. Description of Assets Wells Fargo Advisors Managed Acct (Line 25) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| BANK DEPOSIT SWEEP | A | INT | K | T | | | | | |
| ABBOTT LABORATORIES | A | DIV | J | T | BUY (ADD'L) | 3/8/2016 | J | | |
| AFLAC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| AIR PRODUCTS & CHEMICALS | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| AMGEN INC | A | DIV | J | T | | | | | |
| ANALOG DEVICES INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| AT&T | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| AUTOMATIC DATA PROCESSING | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| BECTON DICKINSON & CO | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| BLACKROCK INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | | |
| CHEVRON CORPORATION | A | DIV | J | T | | | | | |
| CHUBB LTD | A | DIV | J | T | SOLD (PART) | 1/15/2016 | J | | |
| | | | | | BUY (ADD'L) | 1/20/2016 | J | | |
| CLORAX COMPANY | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| COLGATE-PALMOLIVE CO | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| EATON VANCE CORP NON VTG | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | | |
| EMERSON ELECTRIC CO | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | | |
| EVERSOURCE ENERGY | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| EXXON MOBIL CORP | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | | |
| FACTSET RESEARCH SYSTEM | A | DIV | J | T | | | | | |
| GENERAL MILLS INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| GENL DYNAMICS CORP | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| GRAINGER W W INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | | |
| HARRIS CORP DEL | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| ILLINOIS TOOL WORKS INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| INTERNATIONAL BUSINESS MACHINE CORP | A | DIV | J | T | BUY (ADD'L) | 3/8/2016 | J | | |
| J M SMUCKER CO | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| JOHNSON & JOHNSON | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| KELLOGG COMPANY | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| LOWES COMPANIES INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| MCDONALDS CORP | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |

| A. Description of Assets<br>Wells Fargo Advisors Managed Acct (Line 25) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| MEDTRONIC PLC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | | |
| MICROSOFT CORP | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| NEXTERA ENERGY INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| NIKE INC CLASS B | A | DIV | J | T | BUY | 1/21/2016 | J | | |
| | | | | | SOLD (PART) | 3/7/2016 | J | | |
| NORFOLK SOUTHERN CORP | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| NOVARTIS AG | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| PAYCHEX INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| PEPSICO INCORPORATED | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| PHILLIPS 66 | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| POLARIS INDS INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | | |
| PRAXAIR INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | | |
| PROCTER & GAMBLE CO | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| QUALCOMM INC | A | DIV | J | T | BUY | 3/8/2016 | J | | |
| SCANA CORP COM | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| SOUTHERN COMPANY/THE | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| SYSCO CORPORATION | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| TARGET CORP | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| UNITED TECHNOLOGIES CORP | A | DIV | J | T | BUY | 3/8/2017 | J | | |
| V F CORPORATION | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| WAL-MART STORES INC | A | DIV | J | T | | | | | |
| WEC ENERGY GROUP INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| 3M CO | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | A | |
| CHUBB CORP | A | DIV | J | T | SOLD | 1/15/2016 | J | C | |
| CONOCOPHILIPS | A | DIV | J | T | SOLD | 1/27/2016 | J | | |
| NORDSTROM INC | A | DIV | J | T | SOLD (PART) | 3/7/2016 | J | | |
| | | | | | SOLD | 11/14/2016 | J | | |
| VERSUM MATERIALS INC | A | DIV | J | T | SOLD (PART) | 10/3/2016 | J | A | |
| | | | | | SOLD | 10/13/2016 | J | A | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| BANK DEPOSIT SWEEP | A | INT | J | T | | | | | |
| AGILENT | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| ALTRIA GROUP INC | A | DIV | J | T | BUY | 2/11/2016 | J | | |
| ANALOG DEVICES | A | DIV | J | T | BUY | 9/23/2016 | J | | |
| ANALOG CORP | A | DIV | J | T | BUY | 11/9/2016 | J | | |
| APACHE CORP COMMON APA | A | DIV | J | T | BUY | 7/7/2016 | J | | |
| APARTMENT INVESTMENT & REIT MANAGEMENT CO-A | A | DIV | J | T | | | | | |
| APOGEE ENTERPRISES INC | A | DIV | J | T | BUY | 11/9/2016 | J | | |
| ASSURANT INC | A | DIV | J | T | BUY | 10/12/2016 | J | | |
| ASTRONICS CORP | A | DIV | J | T | BUY | 3/2/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/3/2016 | J | | |
| | | | | | SOLD | 10/18/2016 | J | A | |
| | | | | | BUY | 11/2/2016 | J | | |
| AUTOZONE INC | A | DIV | J | T | BUY | 8/10/2016 | J | | |
| BANK NEW YORK MELLON | A | DIV | J | T | | | | | |
| BECTON DICKINSON & CO | A | DIV | J | T | | | | | |
| BED BATH & BEYOND INC | A | DIV | J | T | BUY | 1/6/2016 | J | | |
| BERKSHIRE HATHAWAY INC | A | DIV | J | T | BUY | 12/16/2016 | J | | |
| BIG LOTS INC | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| BIOGEN INC | A | DIV | J | T | | | | | |
| BOEING CO | A | DIV | J | T | | | | | |
| BRADY CORP | A | DIV | J | T | BUY | 12/7/2016 | J | | |
| CAPELLA EDUCATION CO | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| CARDINAL HEALTH INC | A | DIV | J | T | | | | | |
| CASEYS GENL STORES INC | A | DIV | J | T | | | | | |
| CELANESE CORPORATION | A | DIV | J | T | | | | | |
| CENTENE CORP | A | DIV | J | T | | | | | |
| CHILDREN'S PLACE INC | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| CIGNA CORPORATION | A | DIV | J | T | | | | | |
| CINCINNATI FINCL | A | DIV | J | T | BUY | 9/14/2016 | J | | |
| COHERENT INC | A | DIV | J | T | | | | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value C | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| CONSTELLATION BRANDS | A | DIV | J | T | BUY | 3/2/2016 | J | | |
| CUMMINS INC | A | DIV | J | T | BUY | 10/5/2016 | J | | |
| D R HORTON INC | A | DIV | J | T | BUY | 3/2/2016 | J | | |
| | | | | | BUY (ADD'L) | 5/4/2016 | J | | |
| DEERE & CO | A | DIV | J | T | | | | | |
| DELTA AIR LINES INC | A | DIV | J | T | BUY | 3/2/2016 | J | | |
| | | | | | BUY | 10/5/2016 | J | | |
| DISCOVER FINANCIAL | A | DIV | J | T | BUY | 4/6/2016 | J | | |
| DOLLAR GENERAL | A | DIV | J | T | | | | | |
| DOW CHEMICAL COMPANY | A | DIV | J | T | BUY | 5/4/2016 | J | | |
| EDISON INTL | A | DIV | J | T | BUY | 2/11/2016 | J | | |
| EQUIFAX INC | A | DIV | J | T | | | | | |
| EXPEDITORS INTL WASH INC | A | DIV | J | T | BUY | 6/8/2016 | J | | |
| FLEETCOR TECHNOLOGIES | A | DIV | J | T | | | | | |
| GENERAL MOTORS | A | DIV | J | T | BUY | 10/5/2016 | J | | |
| GRAINGER W W INC | A | DIV | J | T | BUY | 5/4/2016 | J | | |
| | | | | | SOLD (PART) | 7/7/2016 | J | | |
| GUGGENHEIM 2019 | A | DIV | J | T | BUY | 12/16/2016 | J | | |
| GUGGENHEIM 2022 | A | DIV | J | T | BUY | 10/12/2016 | J | | |
| | | | | | BUY (ADD'L) | 11/9/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/16/2016 | J | | |
| GUGGENHEIM 2021 | A | DIV | J | T | BUY | 10/12/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/16/2016 | J | | |
| GUGGENHEIM ENHANCED | A | DIV | J | T | BUY | 7/13/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| | | | | | SOLD (PART) | 11/9/2016 | J | | |
| | | | | | SOLD | 12/16/2016 | J | | |
| HALLIBURTON COMPANY | A | DIV | J | T | SOLD (PART) | 5/4/2016 | J | | |
| | | | | | BUY (ADD'L) | 11/9/2016 | J | | |
| HASBRO INC | A | DIV | J | T | BUY | 1/6/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| HIBBETT SPORTS INC | A | DIV | J | T | BUY | 2/5/2016 | J | | |
| HOME DEPOT INC | A | DIV | J | T | | | | | |
| HONEYWELL INTERNATIONAL INC | A | DIV | J | T | | | | | |
| ILLINOIS TOOL WORKS INC | A | DIV | J | T | | | | | |
| INGERSOLL-RAND PLC | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| INGREDION INCORPORATED | A | DIV | J | T | BUY | 12/7/2016 | J | | |
| INNOSPEC INC | A | DIV | J | T | | | | | |
| ISHARES ET MSCI EAFE VALUE EFV | A | DIV | J | T | SOLD (PART) | 7/13/2016 | J | | |
| | | | | | SOLD (PART) | 8/10/2016 | J | | |
| | | | | | BUY (ADD'L) | 11/9/2016 | J | | |
| | | | | | SOLD (PART) | 11/9/2016 | J | | |
| | | | | | SOLD (PART) | 12/16/2016 | J | | |
| ISHARES ET GOVERNMENT/CREDIT BOND | A | DIV | J | T | SOLD (PART) | 7/13/2016 | J | A | |
| | | | | | SOLD (PART) | 12/16/2017 | J | | |
| | | | | | BUY (ADD'L) | 3/9/2016 | J | | |
| | | | | | BUY (ADD'L) | 5/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/10/2016 | J | | |
| ISHARES ET 10-20 YEAR TREASURY BOND | A | DIV | J | T | SOLD (PART) | 1/14/2016 | J | | |
| | | | | | BUY | 2/11/2016 | J | | |
| | | | | | SOLD (PART) | 3/9/2016 | J | A | |
| | | | | | SOLD (PART) | 4/13/2016 | J | A | |
| | | | | | SOLD | 6/15/2016 | J | A | |
| | | | | | BUY | 7/13/2016 | J | | |
| | | | | | BUY (ADD'L) | 5/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/14/2016 | J | | |
| ISHARES ET 7-10 YEAR TREASURY BOND | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD (PART) | 4/13/2016 | J | A | |
| | | | | | BUY (ADD'L) | 5/11/2016 | J | | |
| | | | | | SOLD (PART) | 6/15/2016 | J | A | |
| | | | | | BUY | 7/13/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/14/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| ISHARES ET 3-7 YEAR TREASURY BOND | A | DIV | J | T | SOLD (PART) | 8/10/2016 | J | | |
| | | | | | BUY | 7/13/2016 | J | | |
| | | | | | BUY | 9/14/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | | |
| | | | | | BUY (ADD'L) | 11/9/2016 | J | | |
| ISHARES INC ET MSCI SINGAPORE CAPPE | A | DIV | J | T | BUY | 12/16/2016 | J | | |
| ISHARES JP MORGAN ET USD EMERGING MARKETS BOND | A | DIV | J | T | BUY (ADD'L) | 9/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| | | | | | SOLD (PART) | 11/9/2016 | J | | |
| | | | | | SOLD (PART) | 12/16/2016 | J | | |
| ISHARES MSCI AUSTRALIA | A | DIV | J | T | BUY (ADD'L) | 2/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 5/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 7/13/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/10/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| | | | | | BUY (ADD'L) | 11/9/2016 | J | | |
| ISHARES MSCI HONG KONG | A | DIV | J | T | BUY | 2/11/2016 | J | A | |
| | | | | | SOLD (PART) | 4/13/2016 | J | A | |
| | | | | | BUY | 7/13/2016 | J | | |
| | | | | | SOLD (PART) | 8/10/2016 | J | A | |
| | | | | | BUY | 9/14/2016 | J | | |
| | | | | | SOLD (PART) | 10/12/2016 | J | A | |
| | | | | | BUY (ADD'L) | 11/9/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/16/2016 | J | | |
| ISHARES MSCI EAFE INDEX | A | DIV | J | T | SOLD | 12/16/2016 | J | | |
| ISHARES MSCI FRANCE | A | DIV | J | T | BUY | 7/13/2016 | J | A | |
| | | | | | SOLD (PART) | 9/14/2016 | | A | |
| | | | | | BUY (ADD'L) | 10/12/2016 | | | |
| | | | | | SOLD (PART) | 12/16/2016 | J | | |
| ISHARES MSCI SPAIN | A | DIV | J | T | BUY | 3/9/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/9/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value C | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | BUY (ADD'L) | 4/13/2016 | J | | |
| | | | | | SOLD (PART) | 9/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| ISHARES MSCI SWEDEN | A | DIV | J | T | SOLD (PART) | 1/14/2016 | J | | |
| | | | | | SOLD (PART) | 2/11/2016 | J | | |
| ISHARES TR ET MSCI UTD KINGDOM ETF NEW EWU | A | DIV | J | T | SOLD (PART) | 11/9/2016 | J | A | |
| | | | | | BUY | 12/16/2016 | J | | |
| ISHARES TR ET MSCI ITALY CAPPED ETF EWI | A | DIV | J | T | BUY | 2/11/2016 | J | | |
| | | | | | SOLD (PART) | 3/9/2016 | J | A | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/16/2016 | J | | |
| ISHARES MBS ETF | A | DIV | J | T | BUY | 4/13/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | A | |
| ISHARES FLTG RT BOND ETF | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD (PART) | 2/11/2016 | J | A | |
| | | | | | BUY | 10/12/2016 | J | | |
| | | | | | SOLD | 12/16/2016 | J | | |
| ISHARES EUROPE ETF | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD | 7/13/2016 | J | A | |
| ISHARES AGCY BOND | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| | | | | | SOLD (PART) | 8/10/2016 | J | A | |
| | | | | | SOLD | 9/14/2016 | J | A | |
| ISHARES MSCI UNITED ETF | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| | | | | | SOLD | 9/14/2016 | J | | |
| | | | | | BUY | 10/12/2016 | J | | |
| ISHARES MSCI EAFE ETF | A | DIV | J | T | SOLD (PART) | 3/9/2016 | J | | |
| | | | | | SOLD (PART) | 7/13/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/10/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/14/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | | |
| ISHARES MSCI BELGIUM | A | DIV | J | T | BUY | 9/14/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value 0 | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | SOLD | 10/12/2016 | J | A | |
| ISHARES MSCI AUSTRIA ETF | A | DIV | J | T | SOLD (PART) | 9/14/2016 | J | | |
| | | | | | SOLD | 12/16/2016 | J | A | |
| ISHARES MSCI CANADA | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD | 2/11/2016 | J | A | |
| ISHARES MSCI GERMANY ETF | A | DIV | J | T | BUY | 9/14/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | | |
| ISHARES IBOXX&INVT ETF | A | DIV | J | T | BUY | 2/11/2016 | J | A | |
| | | | | | SOLD (PART) | 3/9/2016 | J | A | |
| | | | | | BUY (ADD'L) | 5/11/2016 | J | | |
| | | | | | SOLD (PART) | 6/15/2016 | J | A | |
| | | | | | BUY (ADD'L) | 7/13/2016 | J | | |
| | | | | | SOLD (PART) | 8/10/2016 | J | A | |
| | | | | | BUY (ADD'L) | 9/14/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | | |
| ISHARES MSCI SWITZ ETF | A | DIV | J | T | BUY | 2/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/9/2016 | J | | |
| | | | | | SOLD (PART) | 5/11/2016 | J | A | |
| | | | | | BUY (ADD'L) | 6/15/2016 | J | | |
| | | | | | SOLD (PART) | 7/13/2016 | J | A | |
| | | | | | BUY (ADD'L) | 9/14/2016 | J | | |
| | | | | | SOLD (PART) | 10/12/2016 | J | A | |
| | | | | | BUY (ADD'L) | 11/9/2016 | J | | |
| | | | | | SOLD | 12/16/2016 | J | A | |
| ISHARES MSCI JAPAN ETP | A | DIV | J | T | BUY | 9/14/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | A | |
| ISHARES CORE US AGG ETF | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| | | | | | SOLD (PART) | 6/15/2016 | J | A | |
| | | | | | SOLD (PART) | 7/13/2016 | J | A | |
| | | | | | BUY | 8/10/2016 | J | | |
| | | | | | SOLD | 12/16/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value ( | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| ISHARES 1-3YR TREAS BD ETF | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | BUY | 2/11/2016 | J | | |
| | | | | | SOLD (PART) | 4/13/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | | |
| | | | | | BUY | 7/13/2016 | J | | |
| ISHS INTERMD GOVT CR ETF | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 6/15/2016 | J | | |
| | | | | | SOLD | 7/13/2016 | J | A | |
| | | | | | BUY (ADD'L) | 8/10/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| ISHARES CREDIT BD ETF | A | DIV | J | T | SOLD (PART) | 1/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 2/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/9/2016 | J | | |
| | | | | | SOLD (PART) | 4/13/2016 | J | A | |
| | | | | | BUY (ADD'L) | 5/11/2016 | J | | |
| | | | | | SOLD (PART) | 7/13/2016 | J | A | |
| | | | | | BUY (ADD'L) | 8/10/2016 | J | | |
| | | | | | SOLD | 9/14/2016 | J | A | |
| ISHARES INTERMD CRDT BD ETF | | | | | SOLD (PART) | 7/13/2016 | J | A | |
| | | | | | SOLD | 9/14/2016 | J | | |
| ISHARES 1-3 YR CRDT BD | | | | | SOLD (PART) | 2/11/2016 | J | A | |
| | | | | | SOLD | 8/10/2016 | J | | |
| ISHARES SHORT TREAS BD ETF | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD (PART) | 3/9/2016 | J | A | |
| | | | | | BUY (ADD'L) | 4/13/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | A | |
| ISHARES 20+ YR TREAS BD | A | DIV | J | T | SOLD | 5/11/2016 | J | A | |
| KELLOGG COMPANY | A | DIV | J | T | | | | | |
| L-3 COMMUNICATIONS HLDGS | A | DIV | J | T | BUY | 10/12/2016 | J | | |
| LABORATORY CORP OF AMER HLDGS | A | DIV | J | T | | | | | |

| A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During<br>Reporting Period | | C. Gross Value<br>at end of<br>reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value ( | (2) Value<br>Method | (1) Type | (2) Date | (3) Value<br>Code 2 | (4) Gain<br>Code 1 | (5) Id.<br>Buyer/seller |
| LEAR CORP | A | DIV | J | T | | | | | |
| LENNAR CORPORATION | A | DIV | J | T | | | | | |
| LEUCADIA NATIONAL | A | DIV | J | T | BUY | 10/12/2016 | J | | |
| LINEAR TECHNOLOGY COR | A | DIV | J | T | BUY | 11/9/2016 | J | | |
| LOCKHEED MARTIN CORP | A | DIV | J | T | | | | | |
| LYONDELLBASELL | A | DIV | J | T | | | | | |
| MANHATTAN ASSOCIATION INC | A | DIV | J | T | | | | | |
| MARSH AND MC LENNAN | A | DIV | J | T | | | | | |
| MASTERCARD INC | A | DIV | J | T | BUY | 12/7/2016 | J | | |
| MCCORMICK & CO INC | A | DIV | J | T | | | | | |
| MEDTRONIC PLC | A | DIV | J | T | BUY | 9/23/2016 | J | | |
| MICROSTRATEGY INC CL A | A | DIV | J | T | BUY | 5/4/2016 | J | | |
| MIDDLEBY CORP | A | DIV | J | T | | | | | |
| MOLSON COORS BREWING CO | A | DIV | J | T | | | | | |
| NCR CORP NEW | A | DIV | J | T | BUY | 5/4/2016 | J | | |
| NETGEAR INC | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| NIKE INC | A | DIV | J | T | BUY | 10/5/2016 | J | | |
| NORTHROP GRUMMAN CORP | A | DIV | J | T | BUY | 5/4/2016 | J | | |
| OMINCOM GROUP | A | DIV | J | T | | | | | |
| OSHKOSH CORP | A | DIV | J | T | BUY | 12/7/2016 | J | | |
| PARKER-HANNINFIN CORP | A | DIV | J | T | | | | | |
| PG&E CORPORATION | A | DIV | J | T | BUY | 4/13/2016 | J | | |
| PIMCO ETF TRUST | A | DIV | J | T | SOLD<br>(PART) | 1/14/2016 | J | A | |
| | | | | | BUY | 4/13/2016 | J | | |
| | | | | | BUY | 12/16/2016 | J | | |
| PINNACLE WEST CAP CORP | A | DIV | J | T | BUY | 3/9/2016 | J | | |
| POWERSHARES 1-30 | A | DIV | J | T | SOLD<br>(PART) | 5/11/2016 | J | A | |
| | | | | | BUY<br>(ADD'L) | 7/13/2016 | J | | |
| | | | | | BUY<br>(ADD'L) | 9/14/2016 | J | | |
| | | | | | SOLD<br>(PART) | 11/9/2016 | J | | |
| | | | | | SOLD<br>(PART) | 12/16/2016 | J | A | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value C | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| PRICELINE GROUP INC | A | DIV | J | T | | | | | |
| QUANTA SVCS INC | A | DIV | J | T | BUY | 12/16/2016 | J | | |
| REINSURANCE GROUP OF AMERICAN | A | DIV | J | T | BUY | 12/7/2016 | J | | |
| REPUBLIC SVCS INC | A | DIV | J | T | BUY | 9/23/2016 | J | | |
| REX AMERICAN RESOURCES CORP | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| ROCKWELL AUTOMATION INC | A | DIV | J | T | BUY | 1/6/2016 | J | | |
| ROGERS CORPORATION | A | DIV | J | T | | | | | |
| ROSS STORES INC | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| RS INFT TR FLTG CLASS Y | A | DIV | D | T | SOLD | 5/11/2016 | J | | |
| SANDERSON FARMS INC | A | DIV | J | T | | | | | |
| SCANA CORP COM | A | DIV | J | T | | | | | |
| SKYWORKS SOLUTIONS INC | A | DIV | J | T | BUY | 6/8/2016 | J | | |
| SPDR BLOOMBERG | A | DIV | J | T | BUY | 11/9/2016 | J | | |
| | | | | | SOLD (PART) | 12/16/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/16/2016 | J | | |
| SPDR BLOOMBERG | A | DIV | J | T | BUY | 11/9/2016 | J | | |
| | | | | | SOLD (PART) | 12/16/2016 | J | | |
| SPECTRA ENERGY CORP | A | DIV | J | T | BUY | 11/9/2016 | J | | |
| STRYKER CORP | A | DIV | J | T | BUY | 3/9/2016 | J | | |
| STURM RUGER & CO INC | A | DIV | J | T | BUY | 5/4/2016 | J | | |
| SUNTRUST BANKS INC | A | DIV | J | T | BUY | 7/29/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/19/2016 | J | | |
| SYSCO CORPORATION | A | DIV | J | T | BUY | 12/7/2016 | J | | |
| TARGET CORP | A | DIV | J | T | BUY | 12/7/2016 | J | | |
| TERA TECH INC NEW | A | DIV | J | T | | | | | |
| TEXAS INSTRUMENTS INC | A | DIV | J | T | BUY | 5/4/2016 | J | | |
| | | | | | BUY (ADD'L) | 7/13/2016 | J | | |
| TIMKEN COMPANY | A | DIV | J | T | BUY | 1/6/2016 | J | | |
| TJX COS INC NEW | A | DIV | J | T | | | | | |
| TORCHMARK CORP | A | DIV | J | T | | | | | |
| TRAVELERS COS INC | A | DIV | J | T | BUY (ADD'L) | 12/7/2016 | J | | |

| A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| UNIFIRST CORP | A | DIV | J | T | | | | | |
| UNITED TECHNOLOGIES CORP | A | DIV | J | T | SOLD (PART) | 1/6/2016 | J | A | |
| UNITEDHEALTH GROUP | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| UNIVERSAL FOREST | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| URBAN OUTFITTERS INC | A | DIV | J | T | BUY | 4/6/2016 | J | | |
| VANGUARD FTSE | A | DIV | J | T | | | | | |
| VANGUARD INTERMEDIATEET VCIT | A | DIV | J | T | BUY | 6/15/2016 | J | | |
| | | | | | SOLD (PART) | 9/14/2016 | J | A | |
| | | | | | BUY (ADD'L) | 11/9/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/16/2016 | J | | |
| VANGUARD INTERMEDIATEET VGIT | A | DIV | J | T | BUY (ADD'L) | 5/11/2016 | J | | |
| | | | | | SOLD (PART) | 7/13/2016 | J | A | |
| | | | | | SOLD | 11/9/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/16/2016 | J | | |
| VANGUARD INTERMEDIATEET BIV | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 6/15/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| VANGUARD MORTGAGE | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 4/13/2016 | J | | |
| | | | | | SOLD (PART) | 12/16/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/16/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| VERSUM MATERIALS INC | A | DIV | J | T | | | | | |
| WALGREENS BOOTS ALLIANCE INC | A | DIV | J | T | | | | | |
| WILLIAMS SONOMA INC | A | DIV | J | T | BUY | 4/6/2016 | J | | |
| WYNDHAM WORLDWIDE CORP | A | DIV | J | T | | | | | |
| 3M CO | A | DIV | J | T | | | | | |
| AON | A | DIV | J | T | BUY | 4/13/2016 | J | | |
| | | | | | SOLD | 8/10/2016 | J | A | |
| AARONS INC | A | DIV | J | T | SOLD | 3/2/2017 | J | | |
| ASBURY AUTOMATIVE GROUP | A | DIV | J | T | SOLD | 7/7/2016 | J | A | |

| A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| ADVANSIX INC | A | DIV | J | T | SOLD | 10/3/2016 | J | A | |
| AFFILIATED MANAGERS | A | DIV | J | T | BUY | 4/6/2016 | J | | |
| | | | | | SOLD | 9/23/2016 | J | | |
| AGNC INVESTMENT CORP | A | DIV | J | T | SOLD | 11/2/2016 | J | A | |
| AIR PRODUCTS & CHEMICALS | A | DIV | J | T | BUY | 6/15/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | A | |
| ALLIANT ENERGY CORP | A | DIV | J | T | SOLD | 5/4/2016 | J | A | |
| AMERICAN CAPITAL AGENCY | A | DIV | J | T | BUY | 7/13/2016 | J | | |
| AMERICAN INTL GROUP INC | A | DIV | J | T | SOLD | 4/13/2016 | J | | |
| AMERICAN WOODMARK CORP | A | DIV | J | T | BUY | 1/6/2016 | J | | |
| | | | | | SOLD | 11/2/2016 | J | | |
| DELTA AIR LINES INC | A | DIV | J | T | SOLD | 4/6/2016 | J | | |
| ANIKA THERAPEUTICS INC | A | DIV | J | T | BUY | 10/5/2016 | J | | |
| | | | | | SOLD | 11/2/2016 | J | | |
| AVALONBAY COMMUNITIES | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | | |
| BB&T | A | DIV | J | T | SOLD | 7/7/2016 | J | A | |
| BALL CORP | A | DIV | J | T | BUY | 11/9/2016 | J | | |
| | | | | | SOLD | 12/18/2016 | J | | |
| CALAMOS MKT NEUTRL INC | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 7/13/2016 | J | | |
| | | | | | SOLD (PART) | 8/10/2016 | J | A | |
| | | | | | SOLD | 9/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| | | | | | BUY (ADD'L) | 11/9/2016 | J | | |
| CAMBREX CORP | A | DIV | J | T | BUY | 3/2/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/3/2016 | J | | |
| | | | | | SOLD | 11/2/2016 | J | | |
| CATO CORP NEW CL A | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| | | | | | SOLD | 12/7/2016 | J | A | |
| CENTENE CORP | A | DIV | J | T | SOLD | 7/7/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| CHUBB LTD | A | DIV | J | T | SOLD | 11/9/2016 | J | B | |
| CIRCUS LOGIC INC | A | DIV | J | T | SOLD | 1/6/2016 | J | | |
| CLAYMORE GUGGN BULLT ETF | A | DIV | J | T | BUY | 4/13/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | A | |
| COGNIZANT TECHNOLOGY | A | DIV | J | T | SOLD | 11/2/2016 | J | A | |
| COMCAST CORP NEW | A | DIV | J | T | SOLD | 12/7/2016 | J | A | |
| CORESITE REALTY CORP | A | DIV | J | T | BUY | 7/7/2016 | J | | |
| | | | | | SOLD | 11/2/2016 | J | | |
| D R HORTON INC | A | DIV | J | T | SOLD | 4/6/2016 | J | A | |
| DECKERS OUTDOOR CORP | A | DIV | J | T | SOLD | 11/2/2016 | J | | |
| DELPHI AUTOMOTIVE PLC | A | DIV | J | T | SOLD | 3/9/2016 | J | | |
| DENTSPLY SIRONA INC | A | DIV | J | T | SOLD (PART) | 3/1/2016 | J | B | |
| | | | | | SOLD | 10/5/2016 | J | A | |
| DICKS SPORTING GOODS | A | DIV | J | T | SOLD | 1/6/2016 | J | | |
| DISNEY WALT COMPANY | A | DIV | J | T | SOLD | 4/13/2016 | J | B | |
| ECOLAB INC | A | DIV | J | T | SOLD | 11/6/2016 | J | | |
| US ECOLOGY INC | A | DIV | J | T | SOLD | 1/6/2016 | J | | |
| EMPIRE STATE RLTY TR INC | A | DIV | J | T | SOLD | 1/7/2016 | J | A | |
| | | | | | BUY | 7/7/2016 | J | | |
| EPR PPTYS | A | DIV | J | T | BUY | 8/10/2016 | J | | |
| | | | | | SOLD | 11/2/2016 | J | | |
| FEI COMPANY | A | DIV | J | T | SOLD | 11/2/2016 | J | A | |
| FLEXSHARES IBOXX 3YR ETF | A | DIV | J | T | BUY | 4/13/2016 | J | | |
| | | | | | SOLD (PART) | 5/11/2016 | J | A | |
| | | | | | BUY (ADD'L) | 7/13/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/10/2016 | J | | |
| | | | | | SOLD | 9/14/2016 | J | | |
| FOOTLOCKER INC | A | DIV | J | T | SOLD | 7/7/2016 | J | A | |
| RS FLOATING RATE CL Y | A | DIV | J | T | SOLD | 5/11/2016 | J | A | |
| | | | | | BUY | 7/13/2016 | J | | |
| GEN DYNAMICS CORP COM | A | DIV | J | T | BUY | 2/5/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value ( | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | SOLD | 3/2/2016 | J | A | |
| GENERAL ELECTRIC COMPANY | A | DIV | J | T | SOLD | 5/11/2016 | J | A | |
| GILEAD SCIENCES INC | A | DIV | J | T | BUY | 4/6/2016 | J | | |
| | | | | | SOLD | 12/7/2016 | J | | |
| GNC HOLDINGS INC | A | DIV | J | T | BUY | 1/6/2016 | J | | |
| | | | | | SOLD | 10/20/2016 | J | | |
| GLBL X MSCI NRWY 30 ETF | A | DIV | J | T | SOLD (PART) | 9/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| | | | | | SOLD | 11/9/2016 | J | | |
| GREATBATCH INC | A | DIV | J | T | BUY | 2/5/2016 | J | | |
| | | | | | SOLD | 3/2/2016 | J | | |
| HARMAN INTL INDS INC NEW | A | DIV | J | T | SOLD | 3/2/2016 | J | | |
| HARRIS CORP DEL | A | DIV | J | T | SOLD | 1/6/2016 | J | A | |
| HARTFORD FINL SVCS GROUP | A | DIV | J | T | SOLD | 3/9/2016 | J | | |
| HELEN OF TROY LIMITED | A | DIV | J | T | SOLD | 10/5/2016 | J | | |
| HERSHA HOSPITALITY TR | A | DIV | J | T | BUY | 7/7/2016 | J | | |
| | | | | | SOLD | 7/13/2016 | J | A | |
| ICU MED INC | A | DIV | J | T | BUY | 1/6/2016 | J | | |
| | | | | | SOLD | 11/2/2016 | J | A | |
| INTERPUBLIC GROUP CO IN | A | DIV | J | T | SOLD | 10/12/2016 | J | A | |
| JONES LANG LASALLE INC | A | DIV | J | T | SOLD | 12/7/2016 | J | | |
| KIMCO REALTY CORP | A | DIV | J | T | BUY | 4/13/2016 | J | | |
| | | | | | SOLD | 11/9/2016 | J | | |
| KROGER COMPANY COMMON | A | DIV | J | T | SOLD | 10/5/2016 | J | A | |
| LAMAR ADVERTISING CO NEW | A | DIV | J | T | BUY | 7/7/2016 | J | | |
| | | | | | SOLD | 11/2/2016 | J | A | |
| LEGGETT & PLATT INC | A | DIV | J | T | SOLD | 11/9/2016 | J | | |
| LIFE STORAGE INC | A | DIV | J | T | SOLD | 11/2/2016 | J | A | |
| M & T BANK CORP | A | DIV | J | T | SOLD | 7/7/2016 | J | | |
| MACK CALI RLTY CORP | A | DIV | J | T | SOLD | 1/14/2016 | J | | |
| | | | | | BUY | 7/7/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value ( | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| MARATHON PETROLEUM CORP | A | DIV | J | T | SOLD | 11/2/2016 | J | | |
| MCKESSON CORPORATION | A | DIV | J | T | SOLD | 4/6/2016 | J | A | |
| METTLER-TOLEDO INTL INC | A | DIV | J | T | SOLD | 10/5/2016 | J | A | |
| MICROSOFT CORP | A | DIV | J | T | SOLD | 5/4/2016 | J | | |
| NCR CORP NEW | A | DIV | J | T | SOLD | 6/15/2016 | J | A | |
| NVR INC | A | DIV | J | T | SOLD | 7/7/2016 | J | | |
| NEXTERA ENERGY INC | A | DIV | J | T | SOLD (PART) | 7/13/2016 | J | A | |
| | | | | | SOLD | 12/7/2016 | J | A | |
| NORDSON CORP | A | DIV | J | T | SOLD | 12/7/2016 | J | | |
| NORTHERN TRUST CORP | A | DIV | J | T | SOLD | 5/4/2016 | J | A | |
| OLD DOMINION FRIGHT LINE | A | DIV | J | T | SOLD | 2/5/2016 | J | | |
| OUTERWALL INC | A | DIV | J | T | SOLD | 2/5/2016 | J | | |
| PPL CORPORATION | A | DIV | J | T | SOLD | 7/13/2016 | J | A | |
| BROADCOM LTD | A | DIV | J | T | BUY | 4/6/2016 | J | | |
| | | | | | SOLD (PART) | 7/7/2016 | J | | |
| | | | | | SOLD | 10/5/2016 | J | A | |
| PERITUS HIGH YIELD ETF | A | DIV | J | T | BUY | 4/13/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | A | |
| PIMCO TOTAL RETURN | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| | | | | | SOLD | 7/13/2016 | J | A | |
| PIMCO 0-5 YEAR H/Y | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 2/11/2016 | J | | |
| | | | | | SOLD (PART) | 3/9/2016 | J | A | |
| | | | | | SOLD | 4/13/2016 | J | A | |
| PIMCO INVESTMENT GRD ETF | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| | | | | | SOLD (PART) | 7/13/2016 | J | A | |
| | | | | | SOLD | 9/14/2016 | J | A | |
| PIMCO 1-3 YR US TRES ETF | A | DIV | J | T | SOLD | 1/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 2/11/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | | |
| PIMCO TRUST | A | DIV | J | T | BUY | 1/14/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | SOLD (PART) | 2/11/2016 | J | A | |
| | | | | | SOLD | 5/11/2016 | J | A | |
| POLARIS INDS INC | A | DIV | J | T | SOLD | 1/6/2016 | J | A | |
| POST PROPERTIES INC | A | DIV | J | T | BUY | 7/7/2016 | J | | |
| | | | | | SOLD | 11/2/2016 | J | A | |
| PWRSHR PREFERED PORT ETF | A | DIV | J | T | SOLD | 10/12/2016 | J | | |
| POWERSHARES SENR LN ETF | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 2/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/9/2016 | J | | |
| | | | | | SOLD (PART) | 5/11/2016 | J | A | |
| | | | | | SOLD | 6/15/2016 | J | A | |
| PRINCIPAL FINANCIAL GR | A | DIV | J | T | SOLD | 3/9/2016 | J | | |
| PROGRESSIVE CORP OHIO | A | DIV | J | T | SOLD | 1/6/2016 | J | A | |
| PRUDENTIAL FINANCIAL INC | A | DIV | J | T | SOLD | 2/11/2016 | J | | |
| PUB SVC ENTERPRISE | A | DIV | J | T | SOLD | 9/14/2016 | J | | |
| PULTE GROUP INC | A | DIV | J | T | BUY | 10/5/2016 | J | | |
| | | | | | SOLD | 12/7/2016 | J | | |
| REPLIGEN CORP | A | DIV | J | T | SOLD | 7/7/2016 | J | A | |
| REYNOLDS AMERICAN INC | A | DIV | J | T | BUY | 7/14/2016 | J | | |
| | | | | | SOLD | 9/23/2016 | J | | |
| SYNTEL INC | A | DIV | J | T | SOLD | 11/2/2016 | J | | |
| ST JUDES MEDICAL INC | A | DIV | J | T | SOLD | 4/6/2016 | J | | |
| SCHLUMBERGER LTD | A | DIV | J | T | SOLD | 6/8/2016 | J | | |
| SCHWAB STRTGC SHORT ETF | A | DIV | J | T | SOLD | 1/14/2016 | J | A | |
| | | | | | BUY | 3/9/2016 | J | | |
| | | | | | SOLD (PART) | 4/13/2016 | J | A | |
| | | | | | SOLD | 5/11/2016 | J | A | |
| SHERWIN WILLIAMS CO | A | DIV | J | T | SOLD | 4/6/2016 | J | A | |
| SIGNET JEWELERS LTD | A | DIV | J | T | SOLD | 6/8/2016 | J | A | |
| SNAP-ON INC | A | DIV | J | T | SOLD | 5/11/2016 | J | A | |
| SPDR MSCI ACWI EX-US ETF | A | DIV | J | T | SOLD (PART) | 1/14/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | BUY | 2/11/2016 | J | | |
| | | | | | SOLD | 3/9/2016 | J | A | |
| SPDR BRCLYS L/T TRES ETF | A | DIV | J | T | BUY | 4/13/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | | |
| SPDR ISSUR SCRD CORP ETF | A | DIV | J | T | BUY | 4/13/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | A | |
| | | | | | BUY | 10/12/2016 | J | | |
| SPDR BRCLYS EMRG MKT ETF | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD | 2/11/2016 | J | A | |
| SPDR BRC S/T CORP BD ETF | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD (PART) | 2/11/2016 | J | | |
| | | | | | SOLD (PART) | 3/9/2016 | J | | |
| | | | | | BUY (ADD'L) | 5/11/2016 | J | | |
| | | | | | SOLD (PART) | 6/15/2016 | J | A | |
| | | | | | BUY (ADD'L) | 7/13/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/10/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | | |
| SPDR BRCLY AGGRE BND ETF | A | DIV | J | T | SOLD | 4/13/2016 | J | A | |
| | | | | | BUY | 5/11/2016 | J | | |
| | | | | | SOLD | 9/14/2016 | J | A | |
| SPDR BRC 1-3M T-BILL ETF | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD | 3/9/2016 | J | | |
| | | | | | BUY (ADD'L) | 4/13/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | | |
| SPDR BRCL INTL TRES ETF | A | DIV | J | T | SOLD | 1/18/2016 | J | | |
| | | | | | SOLD | 2/11/2016 | J | | |
| | | | | | BUY | 3/9/2016 | J | | |
| SPDR BRCLYS I/T CRP ETF | A | DIV | J | T | SOLD | 10/12/2016 | J | | |
| SPDR BRCLYS L/T CRP ETF | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD (PART) | 2/11/2016 | J | | |
| | | | | | SOLD | 3/9/2016 | J | | |

| A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| SPDR MRTGAGE BKD BND ETF | A | DIV | J | T | SOLD (PART) | 6/15/2016 | J | A | |
| | | | | | SOLD | 7/13/2016 | J | A | |
| SPDR BRCLYS INTR TRS ETF | A | DIV | J | T | SOLD (PART) | 1/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 2/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/9/2016 | J | | |
| | | | | | SOLD (PART) | 4/13/2016 | J | | |
| | | | | | SOLD (PART) | 5/11/2016 | J | A | |
| | | | | | SOLD (PART) | 6/15/2016 | J | A | |
| | | | | | BUY (ADD'L) | 6/15/2016 | J | | |
| | | | | | BUY (ADD'L) | 7/13/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/10/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/14/2016 | J | | |
| | | | | | SOLD (PART) | 9/14/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | | |
| SOVRAN SELF STORAGE INC | A | DIV | J | T | BUY | 7/7/2016 | J | | |
| SUMMIT HOTEL PROPERTIES | A | DIV | J | T | BUY | 7/7/2016 | J | | |
| | | | | | SOLD | 8/10/2016 | J | A | |
| SUNPOWER CORP | A | DIV | J | T | SOLD | 5/4/2016 | J | | |
| TE CONNECTIVITY LTD | A | DIV | J | T | BUY | 2/5/2016 | J | | |
| | | | | | SOLD | 3/2/2016 | J | A | |
| TELEDYNE TECHNOLOGIES IN | A | DIV | J | T | SOLD | 11/2/2016 | J | A | |
| TETRA TECH INC | A | DIV | J | T | BUY | 11/2/2016 | J | | |
| TIFFANY & CO NEW | A | DIV | J | T | BUY | 2/5/2016 | J | | |
| | | | | | SOLD | 10/5/2016 | J | A | |
| TOWERS WATSON & CO CL A | A | DIV | J | T | SOLD | 1/5/2016 | J | | |
| US BANCORP NEW | A | DIV | J | T | SOLD | 4/13/2016 | J | | |
| VALSPAR | A | DIV | J | T | SOLD | 3/21/2016 | J | A | |
| VANGUARD SHRT TRM CP VCSH | A | DIV | J | T | BUY | 5/11/2016 | J | | |
| | | | | | BUY (ADD'L) | 6/15/2016 | J | | |
| | | | | | BUY (ADD'L) | 7/13/2016 | J | | |
| | | | | | SOLD (PART) | 8/10/2016 | J | | |

| A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | SOLD (PART) | 10/12/2016 | J | | |
| | | | | | SOLD | 11/9/2016 | J | | |
| VANGUARD LONG TERM VCLT | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD | 2/11/2016 | J | A | |
| | | | | | BUY | 3/9/2016 | J | | |
| | | | | | BUY (ADD'L) | 4/13/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | | |
| VANGUARD VGSH | A | DIV | J | T | SOLD | 6/15/2016 | J | A | |
| VANGUARD VMBS | A | DIV | J | T | SOLD | 11/9/2016 | J | A | |
| VANGUARD VXUS | A | DIV | J | T | BUY | 1/14/2016 | J | | |
| | | | | | SOLD (PART) | 2/11/2016 | J | | |
| | | | | | SOLD | 5/11/2016 | J | A | |
| VANGUARD LONG TERM BOND BND | A | DIV | J | T | SOLD (PART) | 1/14/2016 | J | | |
| | | | | | SOLD (PART) | 2/11/2016 | J | A | |
| | | | | | BUY (ADD'L) | 3/9/2016 | J | | |
| | | | | | SOLD (PART) | 4/13/2016 | J | A | |
| | | | | | BUY (ADD'L) | 5/11/2016 | J | | |
| | | | | | SOLD (PART) | 6/15/2016 | J | A | |
| | | | | | SOLD (PART) | 10/12/2016 | J | A | |
| | | | | | SOLD | 12/16/2016 | J | | |
| VANGUARD INTERMEDIATE BOND BIV | A | DIV | J | T | BUY | 7/13/2016 | J | | |
| | | | | | SOLD | 9/14/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/12/2016 | J | | |
| VANGUARD EUROPEAN VGK | A | DIV | J | T | SOLD | 9/14/2016 | J | | |
| | | | | | BUY | 10/12/2016 | J | | |
| VANGUARD VEA | A | DIV | J | T | SOLD (PART) | 2/11/2016 | J | | |
| | | | | | SOLD (PART) | 6/15/2016 | J | | |
| | | | | | SOLD | 7/13/2016 | J | | |
| VANGUARD SHT TRM GOV ETF | A | DIV | J | T | SOLD | 6/15/2016 | J | A | |
| VANGUARD MTG BACK | A | DIV | J | T | SOLD (PART) | 2/11/2016 | J | A | |
| | | | | | SOLD (PART) | 7/13/2016 | J | | |

| A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During<br>Reporting Period | | C. Gross Value<br>at end of<br>reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value C | (2) Value<br>Method | (1) Type | (2) Date | (3) Value<br>Code 2 | (4) Gain<br>Code 1 | (5) Id.<br>Buyer/seller |
| | | | | | SOLD | 11/9/2016 | J | | |
| VICTORY FLTG RATE FD Y | A | DIV | J | T | BUY | 9/16/2016 | J | | |
| | | | | | SOLD<br>(PART) | 11/9/2016 | J | A | |
| | | | | | SOLD | 12/16/2016 | J | A | |
| WILLIS TOWERS WATSON | A | DIV | J | T | SOLD | 2/5/2016 | J | | |
| WISDOMTREE ASIA LOCL | A | DIV | J | T | SOLD | 2/11/2016 | J | A | |
| WISDOMTREE JPN LOCL | A | DIV | J | T | BUY | 9/14/2016 | J | | |
| | | | | | SOLD | 10/12/2016 | J | A | |
| WISDOMTREE INTL EQ | A | DIV | J | T | SOLD | 1/14/2016 | J | | |
| EXCEL ENERGY INC | A | DIV | J | T | SOLD | 12/16/2016 | J | A | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| PNC Govt Money Market Fund #405 | A | INT | K | T | BUY | 6/30/2016 | J | | |
| | | | | | SOLD (PART) | 7/31/2016 | J | | |
| | | | | | SOLD (PART) | 8/31/2016 | J | | |
| | | | | | SOLD (PART) | 10/31/2016 | J | | |
| | | | | | SOLD (PART) | 11/30/2016 | J | | |
| | | | | | SOLD (PART) | 12/30/2016 | J | | |
| | | | | | BUY (ADD'L) | 7/31/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/31/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/30/2016 | J | | |
| | | | | | BUY(ADD'L) | 10/31/2016 | J | | |
| | | | | | BUY (ADD'L) | 11/30/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/30/2016 | J | | |
| PNC GOVT Money Market Fund #405 PNC STAR MODEL | A | INT | J | T | BUY | 6/30/2016 | J | | |
| | | | | | SOLD (PART) | 7/31/2016 | J | | |
| | | | | | SOLD (PART) | 8/31/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/30/2016 | J | | |
| | | | | | SOLD (PART) | 10/31/2016 | J | | |
| | | | | | SOLD (PART) | 11/30/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/30/2016 | J | | |
| PNC GOVT MONEY MARKET FUND #405 PCA LCV DIV FOCUS | A | DIV | J | T | | | | | |
| BLACKROCK LIQUIDITY FUNDS | A | DIV | K | T | BUY | 1/31/2016 | J | | |
| | | | | | BUY (ADD'L) | 2/29/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/31/2016 | J | | |
| | | | | | BUY (ADD'L) | 4/30/2016 | J | | |
| | | | | | BUY (ADD'L) | 5/31/2016 | J | | |
| | | | | | SOLD (PART) | 1/31/2016 | J | | |
| | | | | | SOLD (PART) | 2/29/2016 | J | | |
| | | | | | SOLD (PART) | 4/30/2016 | J | | |
| | | | | | SOLD (PART) | 5/31/2016 | J | | |
| | | | | | SOLD (PART) | 6/30/2016 | J | | |
| BLACKROCK STRATEGIC MUNICIPAL OPPORTUNITIES FUND | A | DIV | L | T | BUY | 6/23/2016 | L | | |
| | | | | | SOLD (PART) | 6/24/2016 | K | | |
| PNC INTERMEDIATE TAX EXEMPT BOND | D | DIV | M | T | | | | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| T ROWE PRICE INSTITUTIONAL | B | DIV | L | T | BUY | 6/24/2016 | J | | |
| VANGUARD FUNDS INTER-TERM | C | DIV | M | T | | | | | |
| CARNIVAL CORP | C | DIV | J | T | BUY | 5/13/2016 | J | | |
| | | | | | BUY (ADD'L) | 7/19/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/22/2016 | J | | |
| HOME DEPOT INC | A | DIV | J | T | | | | | |
| MCDONALD'S CORP | A | DIV | J | T | BUY (ADD'L) | 2/1/2016 | J | | |
| WYNDHAM | A | DIV | J | T | | | | | |
| ALTRIA GROUP INC | A | DIV | J | T | | | | | |
| GENERAL MILLS INC | A | DIV | J | T | BUY | 7/19/2016 | J | | |
| PEPSICO INC | A | DIV | J | T | | | | | |
| PROCTER & GAMBLE CO | A | DIV | J | T | BUY (ADD'L) | 2/1/2016 | J | | |
| REYNOLDS AMERICAN INC | A | DIV | J | T | | | | | |
| BP PLC | A | DIV | J | T | BUY | 6/10/2016 | J | | |
| EXXON MOBIL CORP | A | DIV | J | T | BUY (ADD'L) | 2/1/2016 | J | | |
| | | | | | SOLD (PART) | 11/17/2016 | J | | |
| SCHLUMBERGER LTD | A | DIV | J | T | BUY (ADD'L) | 2/1/2016 | J | | |
| TOTAL S A | A | DIV | J | T | BUY (ADD'L) | 2/1/2016 | J | | |
| | | | | | SOLD (PART) | 11/17/2016 | J | A | |
| TRANSCANADA CORP | A | DIV | J | T | BUY | 9/20/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/21/2016 | J | | |
| VALERO ENERGY CORP | A | DIV | J | T | SOLD (PART) | 6/10/2016 | J | | |
| | | | | | SOLD | 9/20/2016 | J | | |
| | | | | | BUY (ADD'L) | 11/17/2016 | J | | |
| CHUBB LTD | A | DIV | J | T | SOLD (PART) | 1/27/2016 | J | A | |
| | | | | | BUY (ADD'L) | 2/1/2016 | J | | |
| | | | | | SOLD (PART) | 7/26/2016 | J | A | |
| | | | | | SOLD (PART) | 10/3/2016 | J | A | |
| CINCINNATI FINANCIAL CORP | A | DIV | J | T | BUY (ADD'L) | 2/18/2016 | J | | |
| HUNTINGTON BANCSHARES | A | DIV | J | T | | | | | |
| JP MORGAN CHASE & CO | A | DIV | J | T | SOLD (PART) | 11/22/2016 | J | A | |
| | | | | | SOLD (PART) | 12/27/2016 | J | A | |
| KEYCORP NEW | A | DIV | J | T | BUY | 11/22/2016 | J | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| MORGAN STANLEY | A | DIV | J | T | BUY | 10/6/2016 | J | | |
| PRICE T ROWE GROUP | A | DIV | J | T | BUY | 5/23/2017 | J | | |
| | | | | | BUY (ADD'L) | 12/27/2016 | J | | |
| PRINCIPAL FINANCIAL GROUP | A | DIV | J | T | BUY | 8/19/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/6/2016 | J | | |
| PRUDENTIAL FINANCIAL INC | A | DIV | J | T | BUY | 12/1/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/27/2016 | J | | |
| SUNTRUST BANKS INC | A | DIV | J | T | BUY (ADD'L) | 10/6/2016 | J | | |
| THE TRAVELERS COS INC | A | DIV | J | T | | | | | |
| US BANCORP DEL | A | DIV | J | T | | | | | |
| WELLS FARGO & COMPANY | A | DIV | J | T | BUY (ADD'L) | 2/1/2016 | J | | |
| | | | | | SOLD (PART) | 10/6/2017 | J | | |
| ABBOTT LABORATORIES INC | A | DIV | J | T | BUY | 7/19/2016 | J | | |
| AMGEN INC | A | DIV | J | T | SOLD | 11/22/2016 | J | A | |
| JOHNSON & JOHNSON | A | DIV | J | T | BUY (ADD'L) | 4/29/2016 | J | | |
| MERCK & CO INC | A | DIV | J | T | BUY | 2/1/2016 | J | | |
| | | | | | SOLD (PART) | 6/10/2016 | J | A | |
| | | | | | BUY (ADD'L) | 8/22/2016 | J | | |
| PFIZER INC | A | DIV | J | T | BUY (ADD'L) | 2/1/2016 | J | | |
| | | | | | SOLD (PART) | 11/22/2016 | J | A | |
| GENERAL DYNAMICS CORP | A | DIV | J | T | BUY | 3/14/2016 | J | | |
| GENERAL ELECTRIC CO | A | DIV | J | T | SOLD (PART) | 4/5/2016 | J | A | |
| HONEYWELL INTL INC | A | DIV | J | T | | | | | |
| LOCKHEED MARTIN CORP | A | DIV | J | T | BUY (ADD'L) | 3/14/2016 | J | | |
| 3M COMPANY | A | DIV | J | T | BUY (ADD'L) | 3/14/2016 | J | | |
| UNITED TECHNOLOGIES CORP | A | DIV | J | T | | | | | |
| ACCENTURE PLC CLASS A | A | DIV | J | T | BUY (ADD'L) | 2/1/2016 | J | | |
| | | | | | SOLD (PART) | 12/1/2016 | J | A | |
| APPLE INC | A | DIV | J | T | | | | | |
| CISCO SYSTEMS INC | A | DIV | J | T | SOLD (PART) | 12/1/2016 | J | A | |
| INTEL CORP | A | DIV | J | T | | | | | |
| PAYCHEX INC | A | DIV | J | T | | | | | |
| TEXAS INSTRUMENTS INC | A | DIV | J | T | BUY (ADD'L) | 12/28/2016 | J | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| AIR PRODUCTS & CHEMICALS INC | A | DIV | J | T | BUY (ADD'L) | 4/5/2016 | J | | |
| DOW CHEMICALS CO | A | DIV | J | T | BUY (ADD'L) | 4/29/2016 | J | | |
| INTERNATIONAL PAPER CO | A | DIV | J | T | | | | | |
| EXTRA SPACE STORAGE INC | A | DIV | J | T | | | | | |
| LAMAR ADVERTISING CO | A | DIV | J | T | BUY | 1/27/2016 | J | | |
| | | | | | BUY (ADD'L) | 1/28/2016 | J | | |
| SIMON PROPERTY GROUP | A | DIV | J | T | BUY | 3/9/2016 | J | | |
| WELL TOWER INC | A | DIV | J | T | | | | | |
| ATT&T INC | A | DIV | J | T | | | | | |
| VERIZON COMMUNICATIONS INC | A | DIV | J | T | | | | | |
| AMERICAN ELECTRIC POWER INC | A | DIV | J | T | BUY (ADD'L) | 2/1/2016 | J | | |
| | | | | | SOLD (PART) | 11/28/2016 | J | A | |
| AMERICAN WATER WORKS CO INC | A | DIV | J | T | BUY | 1/27/2016 | J | | |
| | | | | | BUY (ADD'L) | 2/1/2016 | J | | |
| | | | | | SOLD (PART) | 11/28/2016 | J | A | |
| | | | | | SOLD (PART) | 12/2/2016 | J | A | |
| DTE ENERGY CO | A | DIV | J | T | BUY | 8/22/2016 | J | | |
| | | | | | BUY | 8/19/2016 | J | | |
| NEXTERA ENERGY INC | A | DIV | J | T | BUY (ADD'L) | 3/9/2016 | J | | |
| | | | | | SOLD | 12/1/2016 | J | A | |
| XCEL ENERGY INC | A | DIV | J | T | | | | | |
| ISHARES MSCI EMERGING MARKETS | A | DIV | J | T | SOLD (PART) | 2/3/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/5/2016 | J | | |
| ISHARES CORE S&P MID-CAP ETF | A | DIV | L | T | | | | | |
| ISHARES CORE S&P SMALL CAP ETF | A | DIV | K | T | BUY (ADD'L) | 11/3/2016 | J | | |
| | | | | | SOLD (PART) | 12/5/2016 | J | B | |
| POWERSHARES FTSE RAFI US 1K | A | DIV | L | T | BUY (ADD'L) | 6/28/2016 | K | | |
| SPDR S&P 500 ETF TRUST | A | DIV | K | T | SOLD (PART) | 2/3/2016 | J | | |
| TECHNOLOGY SELECT SECTOR SPDR | A | DIV | J | T | BUY (ADD'L) | 7/6/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/6/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/5/2016 | K | | |
| | | | | | SOLD (PART) | 2/3/2016 | J | | |
| | | | | | SOLD (PART) | 3/3/2016 | J | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | SOLD (PART) | 8/3/2016 | J | A | |
| | | | | | SOLD (PART) | 10/5/2016 | J | A | |
| | | | | | SOLD (PART) | 11/3/2016 | J | A | |
| UTILITIES SELECT SECTOR SPDR | A | DIV | J | T | BUY (ADD'L) | 3/3/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/3/2016 | J | | |
| | | | | | BUY (ADD'L) | 9/6/2016 | J | | |
| | | | | | BUY (ADD'L) | 11/3/2016 | J | | |
| | | | | | BUY (ADD'L) | 12/5/2016 | J | | |
| | | | | | SOLD (PART) | 5/4/2016 | J | A | |
| | | | | | SOLD (PART) | 7/6/2016 | J | A | |
| | | | | | SOLD (PART) | 10/5/2016 | J | A | |
| HARBOR INTERNATIONAL FUND | A | DIV | K | T | | | | | |
| BARCLAYS EQUITY NOTE | A | DIV | K | T | | | | | |
| MAGELLAN MIDSTREAM PARTNERS | A | DIV | J | T | BUY | 1/20/2016 | J | | |
| | | | | | BUY (ADD'L) | 2/1/2016 | J | | |
| RBC SPX EQUITY NOTE | A | DIV | K | T | | | | | |
| WELLS FARGO EQUITY NOTE | A | DIV | L | T | | | | | |
| DC INDUSTRIAL LIQUIDATING TRUST | A | DIV | J | T | | | | | |
| DIAMOND HILL LONG-SHORT FUND | C | DIV | M | T | | | | | |
| INVESCO LTD | A | DIV | | | SOLD | 5/23/2016 | J | | |
| UBS GROUP AG | A | DIV | | | SOLD | 11/17/2016 | J | | |
| ABB LTD | A | DIV | | | SOLD | 11/14/2016 | J | A | |
| ADVANZIX INC | | NONE | | | SOLD (PART) | 10/17/2016 | J | A | |
| | | NONE | | | SOLD | 10/28/2016 | J | A | |
| ALLIANZ SE SPON ADR | | NONE | | | BUY | 2/5/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | | |
| ASTRAZENECA PLC | A | DIV | | | SOLD | 11/17/2016 | J | | |
| BB&T | A | DIV | | | SOLD | 2/18/2017 | J | | |
| BAE SYSTEMS PLC | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| BCE INC | A | DIV | | | BUY | 7/29/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | A | |
| BNP PARIBAS | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| BALL CORPORATION | | NONE | | | SOLD | 7/27/2016 | J | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | NONE | | | SOLD | 7/29/2016 | J | | |
| BAYER A G | A | DIV | | | BUY | 5/25/2016 | J | | |
| | | | | | SOLD (PART) | 10/7/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | A | |
| BHP BILLITON LTD | A | DIV | | | SOLD (PART) | 3/7/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | A | |
| BLACKSTONE GROUP LP THE | | NONE | | | SOLD | 1/27/2016 | J | | |
| BLACKROCK STRATEGIC INCOME OPPORTUNITIES PORTFOLIO | A | DIV | | | SOLD | 6/23/2016 | K | | |
| BOC HONG KONG HLDS | A | DIV | | | SOLD (PART) | 3/7/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | A | |
| BOEING CO | A | DIV | | | SOLD | 3/14/2016 | J | A | |
| BRITSH AMERICAN TOBBACCO PLC | A | DIV | | | SOLD | 11/17/2016 | J | | |
| CNOOC LTD | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| CALIFORNIA RESOURCES CORP | | NONE | | | SOLD | 3/30/2016 | J | A | |
| | | | | | SOLD | 4/6/2016 | J | A | |
| CAPITAL ONE FINANCIAL GROUP | A | DIV | | | SOLD | 7/29/2016 | J | A | |
| CHUBB CORP | A | DIV | | | SOLD | 1/19/2016 | J | | |
| DEUTSCHE TELEKOM | A | DIV | | | SOLD | 11/17/2016 | J | | |
| DEUTSCHE POST AG | A | DIV | | | SOLD | 7/29/2016 | J | A | |
| | | | | | SOLD | 3/7/2016 | J | | |
| DIAGO PLC | A | DIV | | | BUY | 1/26/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/7/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | | |
| ENGIE | A | DIV | | | SOLD | 11/17/2016 | J | | |
| ENTERPRISE PRODS PARTNERS LP | | NONE | | | SOLD | 1/20/2016 | J | | |
| FOOT LOCKER INC | A | DIV | | | SOLD (PART) | 7/19/2016 | J | A | |
| | | | | | SOLD | 7/20/2016 | J | A | |
| FORD MOTOR COMPANY | A | DIV | | | BUY | 7/19/2016 | J | | |
| | | | | | SOLD | 8/22/2016 | J | | |
| GLAXO SMITHKLINE | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| HSBC EQUITY NOTE | A | DIV | | | SOLD | 5/5/2016 | J | B | |
| HSBC HLDGS PLC | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| THE HERSHEY COMPANY | A | DIV | | | BUY | 4/1/2016 | J | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | SOLD | 7/19/2016 | J | A | |
| HONDA MOTOR CO LTD | A | DIV | | | SOLD (PART) | 6/8/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | | |
| IMPERIAL BRANDS PLC-SPON ADR | A | DIV | | | SOLD | 11/17/2016 | J | | |
| JAPAN TOBACCO INC-UNSPON ADR | A | DIV | | | SOLD | 2/5/2016 | J | A | |
| | | | | | SOLD (PART) | 6/8/2016 | J | A | |
| | | | | | SOLD (PART) | 11/17/2016 | J | A | |
| KIMBERLY-CLARK CORP | A | DIV | | | SOLD | 4/1/2016 | J | A | |
| L BRANDS INC | A | DIV | | | SOLD | 5/13/2016 | J | | |
| LILLY ELI & CO | A | DIV | | | SOLD | 4/29/2016 | J | A | |
| MANULIFE FINANCIAL CORP | A | DIV | | | SOLD (PART) | 3/7/2016 | J | | |
| | | | | | SOLD | 11/14/2016 | J | A | |
| METLIFE INC | A | DIV | | | SOLD (PART) | 8/19/2016 | J | A | |
| | | | | | SOLD | 8/22/2016 | J | A | |
| MICHELIN (CGDE) | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| MTN GROUP LTD | A | DIV | | | SOLD | 6/1/2016 | J | | |
| MUNICH RE GROUP | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| NESTLE S.A. | A | DIV | | | SOLD | 11/17/2016 | J | | |
| NIPPON TELEG & TEL CORP | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| NOVARTIS AG | A | DIV | | | BUY | 10/31/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | | |
| OCCIDENTAL PETROLEUM CORP | A | DIV | | | SOLD (PART) | 1/20/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | | |
| ORKLA A S | A | DIV | | | SOLD (PART) | 2/8/2016 | J | A | |
| | | | | | SOLD | 11/17/2016 | J | A | |
| PROSIEBEN SAT. 1 MEDIA SE-UNSP | | NONE | | | BUY | 10/7/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | | |
| REXAM PLC-SPONSORED ADR | A | DIV | | | SOLD (PART) | 3/7/2016 | J | A | |
| | | | | | SOLD | 7/21/2016 | J | | |
| ROCHE HOLDINGS LTD SPONSORED ADR | A | DIV | | | SOLD | 11/17/2016 | J | | |
| ROYAL DUTCH SHELL PLC | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| SSE PLC | A | DIV | | | SOLD | 3/7/2016 | J | | |
| | | | | | SOLD | 7/7/2016 | J | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | SOLD | 11/17/2016 | J | | |
| SANOFI SPONSORED ADR | A | DIV | | | SOLD | 11/17/2016 | J | | |
| MATERIALS SELECT SECTOR SPDR | | NONE | | | BUY | 10/5/2016 | J | | |
| | | | | | SOLD | 11/3/2016 | J | A | |
| CONSUMER STAPLES SELECT SECTOR | A | DIV | | | BUY | 2/3/2016 | J | | |
| | | | | | BUY (ADD'L) | 3/3/2016 | J | | |
| | | | | | BUY (ADD'L) | 8/3/2016 | J | | |
| | | | | | SOLD (PART) | 5/4/2016 | J | A | |
| | | | | | SOLD (PART) | 9/30/2016 | J | A | |
| | | | | | SOLD | 10/5/2016 | J | A | |
| CONSUMER DISCRETIONARY SELECT | A | DIV | | | BUY | 2/3/2016 | J | | |
| | | | | | SOLD | 3/3/2016 | J | | |
| | | | | | BUY | 5/4/2016 | J | | |
| | | | | | SOLD | 7/6/2016 | J | | |
| INDUSTRIAL SELECT SECTOR SPDR | | NONE | | | BUY | 8/3/2016 | J | | |
| | | | | | SOLD | 9/6/2016 | J | A | |
| | | | | | BUY | 10/5/2016 | J | | |
| | | | | | SOLD | 11/3/2016 | J | | |
| SIEMENS AG | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| SINGAPORE TELECOMMUNICATION ADR | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| SMITHS GROUP | A | DIV | | | SOLD (PART) | 9/28/2016 | J | A | |
| | | | | | SOLD | 11/17/2016 | J | A | |
| SONIC HEALTHCARE-UNSP ADR | A | DIV | | | BUY | 3/8/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | A | |
| STATOIL ASA | A | DIV | | | SOLD (PART) | 3/7/2016 | J | A | |
| | | | | | SOLD | 11/17/2016 | J | A | |
| TELEFONICA BRASIL SA | | NONE | | | BUY | 7/8/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | | |
| TEVA PHARMACEUTICAL INDS LTD | A | DIV | | | SOLD | 6/10/2016 | J | A | |
| UNILEVER NV NEW YORK SHARES NEW | A | DIV | | | SOLD | 11/17/2016 | J | A | |
| UNITED OVERSEAS BK LTD | A | DIV | | | BUY | 8/1/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | | |
| VENTAS INC | A | DIV | | | SOLD | 3/9/2016 | J | A | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| VERMILION ENERGY INC | A | DIV | | | BUY | 7/29/2016 | J | | |
| | | | | | BUY (ADD'L) | 10/7/2016 | J | | |
| | | | | | SOLD | 11/17/2016 | J | A | |
| VERSUM MATERIALS INC | | NONE | | | SOLD | 10/14/2016 | J | A | |
| | | | | | SOLD | 10/21/2016 | J | A | |
| VODAFONE GROUP PLC-SP ADR | A | DIV | | | SOLD | 11/17/2016 | J | | |
| WEC ENERGY GROUP | A | DIV | | | SOLD | 8/19/2016 | J | A | |
| | | | | | SOLD | 8/22/2016 | J | A | |
| ZURICH INS GROUP LTD | A | DIV | | | SOLD | 11/14/2016 | J | A | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Agresti, Thomas P.

12/05/2017

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vacant Land #1: Erie, PA. (1991: $70,000) | | None | M | W | | | | | |
| 36. Vacant Land #2: Erie, PA. (1991: $70,000) | | None | M | W | | | | | |
| 37. Trustees of Conneaut Lake Park Judgment | | None | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. Brokerage Acct. # 2 | | | | | | | | | |
| 40. -Hartford Life Ins Annuity | | Dividend | L | T | | | | | |
| 41. -Lincoln Nat'l Annuity | | Dividend | K | T | | | | | |
| 42. Wells Fargo Bene (KSA) IRA (All Cash) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 12/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The purpose for filing this Amended Report is to correct the deficiencies outlined in the Committee's Letter of September 14, 2017.

General Statement: With respect to the matters referenced on Lines 3, 4, 5, 15, 40, 41 and 42, I have never been advised of the identity, scope or specific nature of the investments and/or sub accounts as set forth below either when I first purchased the annuities or at any time throughout the entire period I have held them up to and including the date of this report.

Furthermore, I have never had any control over the specific nature of the investment. The only input I have ever had is as to the general scope of the inherent nature of the risk involved with the investment, i.e., conservative, moderate or high risk.

My Wells Fargo broker has advised me in writing that during all relevant times "all investments are mutual fund sub-accounts" and therefore it is my understanding that the entire investment qualifies under the mutual fund exemption and does not trigger any recusal obligations requiring further disclosure.

I've also been advised in writing that except for a small portion of the investment at Line 5 (that is, 1.4% "fixed") all annuities are "variable annuities" and there are "no transactions" within the annuities themselves other than deduction of annual maintenance fees.

Brokerage Acct. #1

Line 3 John Hancock Life Ins. (Variable Annuity)
100% John Hancock Core Strategy Fund
Breakdown: 71% Equity, 29% Bond

Line 4 Pacific Life (Variable Annuity)
100% Invesco V.I. Equity & Income Fund
Breakdown: 69% Equity, 24% Bond, 7% Cash/Other

Line 5 Hartford Director Annuity (Variable Fund)
45%   Hartford Balanced Fund
53.6% Hartford Capital Appreciation Fund
1.4%   Fixed Account
Breakdown: 83% Equity, 15.6% Bond, 1.4% Fixed

IRA #1

Line 9 Although the September 14th deficiency letter did not address this specific investment, upon reviewing the same it became apparent that it too suffered from the same "deficiency" as identified in in the letter regarding Lines 25, 29 and 33. As                such, I also provided the required detail for this investment by way of PDF attachment.

IRA #2

Line 15 Pacific Life (Variable Annuity)
100% American Funds Asset Allocation Fun
Breakdown: 61% Equity, 29% Bond

IRA #4

Line25 See PDF re Wells Fargo Managed Account, attached.

IRA #5

Line29 See PDF re Wells Fargo Advisors Managed (Moran) Acct., attached.

Line 33 See PDF re PNC Money Mngt. Acct., attached.

Brokerage Acct. #2

Line 40 Hartford Life Ins Annuity (Variable Annuity)
20% American Global Growth & Income Fund
20% American Growth Fund
20% American Growth & Income Fund
20% Franklin Income Fund

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

20% Franklin Rising Dividend Fund
Breakdown: 80% Equity, 20% Bond


Line 41 Lincoln Nat'l Annuity (Variable Annuity)
100% American Funds Growth & Income Fund
Breakdown: 90% Equity, 10% Bond


Line 42 Wells Fargo Bene (KSA) IRA is an all cash account


Conclusion:   Following the financial meltdown in 2009, I decided to get out of "the game" of picking stocks on my own and considered moving my primary investments into "managed accounts" where the only discretion I had was to select the risk nature of the investment and not the specific investment, itself. Admittedly, I retained ownership of the investment. But as a practical matter, I have had no clue as to the nature of the specific investment, itself - nor do I care about it. Before I moved into these "managed accounts" I contacted the Committee and was told that I did not have to identify the specific investment since to do so would be too onerous from a record keeping point of view, the Committee acknowledging and accepting the practicalities of the situation. Thereafter, I moved considerable assets into the "managed accounts" referenced in Lines 9, 25, 29 and 33 of the Report. As instructed, I simply noted in my Reports the general nature of the accounts. This approach seems to have satisfied the Committee since for years my Reports were routinely accepted as evidenced by the annual letters of acceptance I have received - except most recently - when I received the Committee's September 14th notice letter of deficiencies in this regard.

When I received the September 5, 2013 "Notice of Changes" to the Guide to Judiciary Policy Vol. 2 (Transmittal 02-014), I obtained an opinion letter from my Wells Fargo Advisor Broker to the effect that the investments in question satisfied the "guidelines" and there was no need for any additional disclosure. Obviously, I was wrong in relying on this advice, which reliance was further supported however by the annual approval letters received from the Committee concerning my Reports.

I understand that I have a "fiduciary responsibility" to be aware of the extent of my investments and holdings. But as a practical matter, I'm not. In most instances, even the investment names have no meaning to em - never heard of them. Furthermore, I find it beyond credulity for the reasonable person, in the context of these holdings, to possess any real or even perceived  knowledge in this regard. Regarding the investments represented in Lines 9, 25, 29 and 33, I have now identified over 1,000 transactions involving over 700 entities – most of which I've never heard of and if I have heard of them, I  have no idea what they do. And although the holdings exceed the $1,000 minimum, in the scheme of things,  they are otherwise de minimus as a practical matter and held for such a short period of time that they could have no real or imagined effect on  any decision I may make or any judge would make for that matter. And to add insult to injury, it has cost me $3,000 in accountant fees (after a substantial professional courtesy) to create. I understand I am entitled to a $1,000  reimbursement of my costs in this regard  - which doesn't do a whole lot for me when I'm still out $2,000 to complete what I view as a senseless exercise without any real effect on the problem sought to be rectified.   Plus, if the present situation maintains for me, this probably will be an annual cost for me. The only silver lining for me in all this is that as of late the market has done exceptionally well so these out-of-pocket costs do not actually come out of my original capital investment – at least for this year and hopefully not for next.

The bottom line here, is that I urge the Committee to take another look at this nonsensical policy in light of the context and realities of its approach in this regard.  Requiring this type of disclosure, in this context when one considers the practical effect of this policy has on the issue it hopes to alleviate, is akin hitting the proverbial fly on the wall with a tactical nuclear bomb.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Agresti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544